DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JAMES ACCE,**
Appellant,

v.

**JON ROSEN,**
Appellee.

No. 4D2025-2355

[July 2, 2026]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Jeffrey R. Levenson, Judge; L.T. Case Nos. 062024CC036557AXXXCE and 062024CA017181AXXXCE.

James Acce, pro se, Pompano Beach.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

GERBER, FORST and SHAW, JJ., concur.

\*　　\*　　\*

***Not final until disposition of timely-filed motion for rehearing.***